# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2134
LT Case Nos. 2014-CF-491
2014-CF-821
2014-CF-822
2014-CF-823

———————————————

IRWIN HICKS, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Irwin Hicks, Jr., Arcadia, pro se.

No Appearance for Respondent.

November 17, 2023

PER CURIAM.

Having considered Petitioner's response, filed October 27, 2023, to this Court's order, and finding that it fails to show cause why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further

pro se filings concerning Lake County Circuit Court Case Nos. 2014-CF-491, 2014-CF-821, 2014-CF-822, and 2014-CF-823.

Therefore, because Petitioner's repetitious, frivolous filings have become an abuse of the legal process, we hold that Petitioner is barred from future pro se filings in this Court concerning Lake County Circuit Court Case Nos. 2014-CF-491, 2014-CF-821, 2014-CF-822, and 2014-CF-823. The Clerk of the Court is directed not to accept any future filings regarding the referenced cases, unless they are filed by a member in good standing of The Florida Bar. This includes any post-disposition motion filed in response to this order.

FURTHER PRO SE FILINGS PROHIBITED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.